UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLROIDA

FILED BY WB D.C.

NOV 04 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

| | | |
|---|---|---|
| RYAN S. WOLLNER, | § | |
| | § | |
| Plaintiff , | § | Case no. |
| | § | |
| | § | |
| v. | § | Complaint (Jury Trial Demanded) |
| | § | |
| Elon R. Musk et al. | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

# Complaint

Plaintiff Ryan Wollner, by and through himself, alleges as follows:

## I. JURISDICTION AND VENUE

1. This court has subject-matter jurisdiction under 28 U.S.C. § 1332 (diversity jurisdiction). Plaintiff is a citizen of Florida. Defendant Elon R. Musk is a resident of Texas with the 3 companies that are out of state defendants X Internet Corp. bda X, Corp. A Texas Corporation; Tesla Inc headquartered in Texas; and X.AI LLC a Nevada LLC dba xAI. The amount in controversy exceeds $75,000, exclusive of interest and costs.

2. Venue is proper in this District under 28 U.S.C. § 1391(b)(2) because a substantial part of the events given rise to the claim occurred in Southern District of Florida, within this District, where Mr. Wollner resides.

## II. PARTIES

1. Plaintiff Ryan Wollner is an individual residing in Southern Florida.
2. Defendant Elon Musk is an individual whose primary address is in Texas.
3. Defendant X, Corp. registered to do business as X Internet Corp. In Texas
4. Defendant Tesla, Inc. Headquartered in Austin Texas
5. Defendant xAI operates as X.AI LLC a Nevada Limited Liability Company

## III. FACTUAL ALLEGATIONS

1. Ryan Wollner and Elon Musk (Mr. Musk, Musk, or Elon) began engaging digitally through social media in July 2022, both facing legal challenges in the Delaware Court of Chancery. Mr. Wollner's case concluded abruptly, right as Mr. Musk's began with Twitter, Inc., presided by the same Judge.
2. Mr. Wollner took to his LinkedIn account to alert Elon Musk of potential danger in that Court, suspecting the judge of political activism for the Democratic party. He shared this information with Elon and his team through LinkedIn, which he believes reached the same conclusion.
3. Mr. Wollner persuaded Elon Musk to expedite the closing of the purchase of X Corp. formally known as Twitter Inc., preventing any potential harm by the Court. It was understood that individuals connected to Mr. Wollner's previous case is how Wollner was connected to Mr. Musk, which was confirmed by Musk.
4. Mr. Wollner felt that Mr. Musk needed to own Twitter, Inc., recognizing that other tech companies were censoring conservatives or just generally anyone who didn't agree with them. This observation catalyzed Mr. Wollner's unexpected political career, as he witnessed significant corruption and violations of civil

rights within multiple court systems, particularly against conservatives or individuals who did not pledge allegiance to left-wing politics.
5. Following the resolution of the case, Mr. Wollner extended his congratulations to Mr. Musk and presented him with a piece of intellectual property he had been developing as a token of goodwill for his new venture with X, Corp. (formerly Twitter, Inc.). He wished him success on his next "trillion dollar company," and concluded his interactions with Mr. Musk.
6. One way or another Mr. Wollner was informed about Mr. Musk's plans to rescue the company from bankruptcy, Mr. Wollner discerned their ineffectiveness and immediately informed Mr. Musk that relying on such plans would inevitably and swiftly lead to bankruptcy.
7. Through indirect and direct messages, Mr. Musk persistently advocated for Mr. Wollner's help. In response, Mr. Wollner clarified this is his line of work and that any additional assistance would not be free and presented a fee structure in the form of equity in Mr. Musk without any upfront risk or cost to Mr. Musk should Mr. Wollner successfully lead X, Corp out of bankruptcy, as Mr. Musk was enthusiastic about and apparently was in agreement with.
8. To clarify, Mr. Wollner made it abundantly clear that any additional help would no longer be a courtesy. Mr. Musk still persistently advocated for Mr. Wollner's help.
9. At first Mr. Musk mocked Mr. Wollner's plans, but after a short time he was actually repeating them publicly and executing exactly what Mr. Wollner suggested.
10. Though Mr. Wollner didn't want to be mentioned publicly by Elon at the time, most of their interactions were public due to Mr. Musk's urging, and against Mr. Wollner's desire. Mr. Wollner felt that these discussions should be on a private channel, and made this clear multiple times to Mr. Musk.
11. Regrettably, Mr. Wollner's LinkedIn account was subsequently censored and shut down without a clear reason, his last public message was exposing how the left abuses power. To Mr. Wollner it was obvious why they suspended him for Mr. Wollner's conservative views and helping Elon and X, Corp. Mr. Wollner made it unequivocally clear to LinkedIn through email that any destruction of his data could constitute obstruction of justice. Despite numerous demands, LinkedIn has yet to restore his data. However, he believes that there are other individuals including Mr. Musk, government agencies, or affiliates who possess a comprehensive log of all Mr. Wollner's communications, which Mr. Wollner intends to utilize this Discovery process to gain back access to.
12. Mr. Wollner subsequently and at the persuasion of Mr. Musk established an X, Corp. account and continued collaborating with Elon on various aspects of the company's operations. Their joint efforts aimed at averting the bankruptcy of X, Corp and transforming it into a profitable business venture. Mr. Wollner proposed numerous ideas, ranging from the selection of the appropriate CEO to the strategies for revenue generation and even minor feature modifications that enhanced user engagement and overall satisfaction with the application.
13. During this period, Mr. Wollner initiated the development of plans for utilizing artificial intelligence to enhance and augment the value of X, Corp. Subsequently,

he persuaded Elon to establish xAI, which Mr. Wollner anticipated would be integrated into X, Corp. This integration was intended to meet the company's targets, increase its value, and uphold its integrity.

14. Notably, Mr. Wollner also devised plans that were presented to congressional leaders by Musk, employing an effective approach to alleviate their concerns while adhering to American common sense and Constitutional principles. This strategy proved successful. And are also now being executed by other similar tech companies.
15. Mr. Wollner's global perspective and extensive experience allowed him to offer valuable guidance to Mr. Musk. In addition, he extended his support to Musk in addressing personal matters, fostering a camaraderie reminiscent of Batman and Robin on X.
16. In early 2023, Tesla, Inc. faced a significant setback, with its stock price approaching a critical level almost going below $100 per share. Elon Musk was coming close to being under severe margin calls that could have potentially led to the X, Corps. Bankruptcy and loss of the asset. In response, Mr. Wollner intervened, effectively saving Elon Musk and aiding in the recovery of Tesla's stock price, through a series of strategic fiscal and marketing initiatives, Mr. Wollner's advice promptly alleviated the downward pressure on the stock.
17. Although compensation for Mr. Wollner's assistance was never explicitly discussed regarding Tesla, Inc., it was widely understood that his contributions were not free, given his clear understanding that business endeavors required compensation. Given his exceptional performance, it was natural for him to expect to receive compensation, especially when his efforts were channeled through Tesla at such a successful return. Furthermore, Mr. Wollner's assistance benefited the entire organization.
18. Mr. Wollner also believes that Tesla Inc. is exploring new directions that are actually his ideas.
19. Mr. Wollner's believes it became widely known that Mr. Wollner and Mr. Musk were close friends and basically co-executives at X, Corp., it's Mr. Wollner's understanding that Elon may have even advised his staff to look at Mr. Wollner's X account for help and direction.
20. Mr. Wollner held the belief that Elon Musk, himself, the CEO, and the X, Inc. staff had created a safe space for genuine freedom of speech. He emphasized the importance of providing the now-President with ample exposure to secure his victory in the 2024 elections. Consequently, assisting the Trump campaign strategically was also part of the fully integrated strategy to safeguard X, Corp., Elon Musk, his own property and the country, among other objectives of Mr. Wollner's.
21. One of the countless positive contributions Wollner made was committing to allocating a portion of his profits to individuals and entities that assisted us in achieving our objectives with X, Corp. This announcement was prominently displayed and pinned at the top of his X Corp. profile for several months. Notably, Mr. Elon Musk expressed enthusiasm for this initiative, which effectively motivated others to contribute significantly to our success.

22. As X, Corp. began to experience positive growth or at least break even towards the fourth quarter of 2024 to the 1st quarter of 2025, Mr. Wollner began to doubt whether he would receive compensation from Mr. Musk for the ventures they collaborated on or the advisory services he provided. Additionally, he observed an unusual demeanor from Mr. Musk.
23. The reason Mr. Wollner lacks specific exhibits and dates is due to the abrupt suspension of his X account by Mr. Musk or X, Corp., without any prior notice or change in his behavior. This method of communication between Mr. Wollner and Mr. Musk is essentially how they interacted. Furthermore, Mr. Wollner has been unable to access his Apple account due to the actions of a third party, which may contain evidence regarding this case. This was the way Musk preferred to communicate, and may have been a trick he thought he was pulling over on Mr. Wollner to obtain his work and IP he was developing for no cost to him.
24. Mr. Wollner contacted Mr. Musk's attorney 2x about compensation.
25. Mr. Wollner sought to provide Mr. Musk with an opportunity to rectify the situation before initiating legal action. He remains uncertain about receiving compensation, but it appears he is unwilling to pay, and from Mr. Wollner understanding this may have Mr. Musk's intention the whole time.
26. Mr. Wollner is filing this lawsuit to safeguard all his rights, shares, and for the defendant's preserve all relevant documents, and unequivocally asserts that this action does not constitute any waiver of his rights.
27. Under Mr. Wollner's direction X, Corp. is now successful, and based on their oral agreement he has earned his shares TBD but had floor of a % of equity in the company.
28. Tesla Corp or Mr. Musk should owe Mr. Wollner advisory shares for his help reviving Tesla's stock price in 2023.
29. Mr. Wollner should also be owed equity in xAI for his help in developing and advising Mr. Musk on it.
30. Mr. Musk's net worth has soared under the direction and advisory of Mr. Wollner.

## IV. CAUSE OF ACTION: BREACH OF ORAL CONTRACT Fla. Stat. § 95.11

1. Plaintiff incorporates all prior paragraphs.
2. Defendants owed Plaintiff compensation regarding X Corp. in accordance with the oral agreement.
3. Defendants owe Plaintiff compensation in accordance with Mr. Wollner's standard rates.
4. The breach was the direct and proximate cause of Plaintiff's damages.
5. Plaintiff has been damaged in an amount to be proven at trial, but no less then $90,000,000,000.

## V. PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully demands judgement against Defendants, jointly and severally, as follows:

A. **Compensatory Damages (Expectation),** in an amount be determined at trial, including but not limited to Direct damages for the services delivered.
B. **Restitution Damages (Unjust Enrichment)** Quantum meruit, in an amount to be determined at trial.
C. **Specific Performance of the Oral Contract**, if applicable to be determined at trial, including transfer of owed shares by Defendants.
D. **Injunctive Relief**, reinstating Mr. Wollner's X account.
E. Interest, Cost & Attorney's Fee
F. Such other relief as the Court deems just and proper.

## VI. DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all triable issues pursuant to FRCP 38.

Dated November 4th 2025
Ryan S. Wollner (pro se)

_____
RYAN S. WOLLNER
Mailing Address:
201 N US HIGHWAY 1
STE D10 #1214
JUPITER, FL 33477

Email: rswvem@protonmail.com